[No. 37507-5-I.    Division One.    September 3, 1996.]

In the Matter of the Personal Restraint of JOEL
ROBINSON, Petitioner.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00750-7, LeRoy McCullough, J., entered January 14, 1992. *Reversed* by unpublished per curiam opinion.

[No. 18307-2-II.    Division Two.    September 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY
G. JERRELS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 93-1-00387-5, David R. Draper, J., entered May 12, 1994. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, A.C.J., and Bridgewater, J. Now published at 83 Wn. App. 503.

[No. 18467-2-II.    Division Two.    September 6, 1996.]

WALTER W. WILLIAMSON, ET AL., *Appellants*, v. JOY
H. PRATT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-12466-7, Frederick W. Fleming, J., entered June 24, 1994. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, A.C.J., and Bridgewater, J.